

ELECTRONICALLY FILED
11/13/2017 8:45 AM
2017-L-065064
CALENDAR: O
PAGE 1 of 5
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

STATE OF ILLINOIS )
) SS.   Attorney No. 59848
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION, FIFTH DISTRICT

MICHAEL BERGLUND,

  Plaintiff,

vs.   No.

MICHAEL VAN HATTEM and
SWIFT TRANSPORTATION CO. OF   Amount Claimed:
ARIZONA, LLC,   In excess of $100,000.00

  Defendants.

## COMPLAINT

NOW COMES the Plaintiff, MICHAEL BERGLUND, by and through his attorneys, MANCINI LAW GROUP, P.C., and complains of the Defendants, MICHAEL VAN HATTEM and SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, stating as follows:

1. On or about the 13th day of April, 2016, Plaintiff, MICHAEL BERGLUND, traveling along and upon Interstate 80, at or near Illinois Route 47, in Saratoga Township, in the County of Grundy and the State of Illinois.

2. At the aforesaid time and place, Defendant, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC owned and Defendant MICHAEL VAN HATTEM operated a certain motor vehicle, traveling along and upon Interstate 80, at or near Illinois Route 47, in Saratoga Township, in the County of Grundy and the State of Illinois.

1



DEFENDANT'S EXHIBIT

3. That at the aforesaid time and place and at all times mentioned herein, the Plaintiff was in the exercise of all due care and caution for the Plaintiff's own safety.

4. At all times hereto material, it was the duty of the Defendants to exercise ordinary care for the safety of the person and property of others then and there upon said roadway, and especially the Plaintiff herein.

5. That at the aforesaid time and place, Defendant MICHAEL VAN HATTEM acted as an agent/employee of Defendant SWIFT TRANSPORTATION CO. OF ARIZONA, LLC.

6. That the Defendants operated, drove, managed, controlled, propelled and equipped said motor vehicle while driving at the aforesaid time and place, and that by reason of the conduct of the Defendant the Defendant, the front of Defendant's vehicle then and there caused to come into contact and collision with the rear of the Plaintiff's vehicle.

7. Notwithstanding said duty as heretofore alleged, Defendants then and there did or failed to do one or more of the following acts and/or omissions:

(a) Operated said motor vehicle at a rate of speed greater than was reasonable and proper for considerations then and there existing upon said roadway, contrary to and in violation of the Statutes of the State of Illinois, Chapter 95 1/2, Sections 11- 601(a);

(b) Maintained, equipped and operated said motor vehicle without brakes adequate to control the movement of and to stop said vehicle in time and held said vehicle, contrary to and in violation of the Statutes of the State of Illinois, Chapter 95 1/2, Section 12-301(a);

(c) Failed to retain sufficient and proper control over the operation of said vehicle;

(d) Failed to keep a proper lookout for persons and property lawfully and rightfully on said roadway;

(e) Failed to operate said motor vehicle in a reasonable and safe manner so as not to cause injury to Plaintiff and damage to Plaintiff's vehicle;

(f) Negligently and carelessly failed to give audible warning with the horn of the approach of said vehicle contrary to and in violation of the Statutes of the State of Illinois, Chapter 95 1/2, Section 12-601(a);

(g) Negligently and carelessly operated said motor vehicle more closely than was reasonable and proper to Plaintiff's vehicle, contrary to and in violation of the Statutes of the State of Illinois, Chapter 95 1/2, Section 11-710(a).

8. As a direct and proximate result of the foregoing the vehicle operated by the Defendant came into contact with the vehicle occupied by the Plaintiff thereby causing Plaintiff to sustain severe and permanent personal injuries and suffer pecuniary damages.

WHEREFORE, the Plaintiff, MICHAEL BERGLUND, prays that judgment be entered in favor of Plaintiff and against Defendants MICHAEL VAN HATTEM and SWIFT TRANSPORTATION CO. OF ARIZONA, LLC., in an amount in excess of ONE HUNDRED THOUSAND DOLLARS ($100,000.00), plus costs of this action.

Respectfully submitted,

*Michael Carin* (signature)

Michael Carin

MANCINI LAW GROUP, P.C.
7170 West Grand Ave.
Chicago, Illinois 60707
(773) 745-1909
Attorney No.

ELECTRONICALLY FILED
11/13/2017 8:45 AM
2017-L-865064
PAGE 4 of 5

STATE OF ILLINOIS      )
                       ) SS.          Attorney No. 59848
COUNTY OF COOK         )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION, FIFTH DISTRICT

MICHAEL BERGLUND,

    Plaintiff,

vs.                                    No.

MICHAEL VAN HATTEM and                 Amount Claimed:
SWIFT TRANSPORTATION CO. OF            In excess of $100,000.00
ARIZONA, LLC,

    Defendants.

## AFFIDAVIT

I, Michael Carin having been first duly sworn do depose and state that the total of money damages sought in this case does exceed $50,000. Further Affiant sayeth naught.

_____
Michael Carin
Attorney for Plaintiff Michael Berglund

Subscribed and Sworn to me this
13th day of November, 2017.

_____
Notary Public

NANCY A STRID
Official Seal
Notary Public – State of Illinois
My Commission Expires Dec 21, 2020

ELECTRONICALLY FILED
11/13/2017 8:45 AM
2017-L-865064
PAGE 5 of 5



DOC.TYPE: LAW
CASE NUMBER: 17L065064
DEFENDANT
SWIFT TRANSPORTATION CO.
208 S LASALLE ST
CHICAGO, IL 60604
SUITE3814

DIE DATE     DIST
12/12/2017     604 DC

HMACK

SERVICE INFO:
R/A NATIONAL REGISTERED
AGENT, INC

ATTACHED FEE: $0.00